# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# (KANSAS CITY Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DARRIN DARNELL TAYLOR,<br><br>Defendant. | Case No. 20-mj-8231-TJJ |

## CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT ONE

On or about September 17, 2020, in the District of Kansas, the defendant,

### DARRIN DARNELL TAYLOR,

unlawfully took or carried away from the person or premises, Penguin Pawn & Gun, LLC 10229 W 75th Street, Overland Park, Kansas, of a person who is licensed to engage in the business of importing, manufacturing, or dealing in firearms, any firearm in the licensee's business inventory that has been shipped or transported in interstate or foreign commerce.

This was done in violation of Title 18, United States Code, Section 922(u).

1

**STATEMENT OF FACTS**

1.      I, Lennea Gordon, am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since July 2018, and am assigned to the San Diego IV Field Office. Prior to joining ATF, I was a Special Agent with the U.S. Department of State's Diplomatic Security Service (DSS) for five years, working in Boston, Massachusetts, and Kuwait City, Kuwait. I am a graduate of the Federal Law Enforcement Training Center's (FLETC) Criminal Investigator Training Program (CITP), the DSS Basic Special Agent Course (BSAC), and the ATF National Academy's Special Agent Basic Training course (SABT). As an ATF Special Agent, I have received formal and informal training in federal firearms and drug laws. Throughout the course of my law enforcement career, I have participated in the application for, and execution of, numerous search warrants. Pursuant to 18 U.S.C. § 3051, I am empowered to enforce the criminal laws of the United States.

2.      I have received specialized training in narcotics and firearms related investigations and instruction pertaining to the laws of search and seizure, and have been involved in numerous investigations related to the possession of firearms by prohibited persons throughout my law enforcement career. I am familiar with the enforcement of Federal firearms laws as well as the enforcement of Federal narcotics laws. My training and experience has involved, among other things, (a) the debriefing of defendants, witnesses, informants, as well as others who have knowledge of the distribution and transportation of controlled substances and / or the illegal acquisition and distribution of firearms, and the laundering and concealment of proceeds of firearms trafficking/ drug trafficking; (b) surveillance; and the analysis of documentary and physical evidence. Based on my training and experience as an investigator, I have become familiar with the manner in which illegal firearms possessors, firearms traffickers, and narcotics traffickers conduct their firearms and narcotics related business, including the methods employed by narcotics dealers to import and distribute narcotics, the manner in which firearms are exported and / or transported illegally, the methods in

which individuals collect and launder firearm and narcotic proceeds, and other aspects of firearms and narcotics trafficking. These methods include, but are not limited to the use of wireless communication technology (such as cellular phones), the utilization of computers, electronic mail, counter-surveillance, false or fictitious identities, and the use of coded communications in an attempt to avoid detection by law enforcement. I have been personally involved in numerous investigations involving the unlawful possession of firearms and the possession, manufacture, and distribution of controlled substances.

3. This affidavit is offered to support a criminal complaint and arrest warrant charging Darrin Darnell TAYLOR, under Title 18 United States Code, Section 922(u), it shall be unlawful for a person to steal or unlawfully take or carry away from the person or premises of a person who is licensed to engage in the business of importing, manufacturing, or dealing in firearms, any firearm in the licensee's business inventory that has been shipped or transported in interstate or foreign commerce.

4. Your affiant has personally participated in this investigation and I have discussed this case with, and reviewed the reports of, other law enforcement officers who have been involved in this investigation. This affidavit is being submitted for the specific purpose of supporting an application for an arrest warrant referenced above. I have not, therefore, included every fact known to me concerning this investigation.

5. On September 17, 2020, ATF Agents received a telephone call advising there was a burglary at Penguin Pawn & Gun, LLC, a Federal Firearms Licensee (FFL) with FFL number of 5-48-091-02-00649, located at 10229 W 75th Street, Overland Park, Kansas, and that firearms were stolen during the burglary. Initially, Overland Park (Kansas) Police Department responded to the scene.

6. On September 17, 2020, ATF Agents made contact with the employees of the FFL and the employees said that the pawn shop was missing twenty-four (24 firearms) and presumed stolen. An employee explained that the vacant business next door, CBD Health Bar (located at 10225 W 75th Street) had a shattered front glass window and the suspect entered through the shattered glass and then made several

holes in the drywall between CBD Health Bar and Penguin Pawn & Gun. These holes then gave the suspect access to Penguin Pawn & Gun. Once inside Penguin Pawn & Gun, several firearms were observed laying on the floor of the business near the large entry hole from which the suspect entered. Above this large entry hole, investigators observed numerous hangers, previously utilized to hang firearms, which were empty and appeared disturbed. In addition, one (1) large glass display case appeared empty and the firearms contained within this case were presumed stolen. Investigators also observed foot prints around the business that appeared to have been made by drywall dust. These footprints were photographed and measured by investigators. Near the holes in the walls, investigators observed a yellow and black hammer that was covered in drywall dust. This hammer was collected and preserved for DNA examination. In addition, investigators observed a laptop computer that was covered in drywall dust. This laptop was on a shelf above the large entry hole into Penguin Pawn & Gun, and visible latent fingerprints were observed. The latent prints were collected and sent to the lab for examination. Also, investigators recovered video surveillance from Penguin Pawn & Gun, Discount Smokes and QuikTrip for examination.

7. Investigators reviewed surveillance video from September 17th of the QuikTrip which is located at 10301 W 75th Street, Overland Park, KS 66204. The video shows that at approximately 01:33 hours, a black male wearing white shoes, dark pants, dark jacket, and carrying a dark colored laptop type bag with a shiny emblem in the middle of the bag, walked eastbound across the QuikTrip parking lot in the direction of Penguin Pawn & Gun. In addition, surveillance video from Penguin Pawn & Gun showed that at approximately 02:45 hours, a male matching the above description, carrying a similar type bag as noted-above, entered Penguin Pawn & Gun and departed shortly afterwards. At approximately 03:45 hours, surveillance video from Penguin Pawn & Gun showed that the same described subject above, re-entered Penguin Pawn & Gun and then departed.

4

8. On or about September 20, 2020, Overland Park Police Department (OPPD) reported receiving a statement from an employee of Penguin Pawn & Gun. According to the OPPD report, the Penguin Pawn & Gun employee reported speaking to several homeless subjects known to frequent the vicinity of Penguin Pawn & Gun. According to the Penguin Pawn & Gun employee, he provided the homeless subjects with a suspect description, and the homeless subjects provided the employee with an individual who goes by the name of "Cash." According to the Penguin Pawn & Gun employee, the homeless subjects described "Cash" as a black male in his 50s, approximately 5'8" in height, with a stocky build and an afro-style haircut. The Penguin Pawn & Gun employee provided OPPD officers with locations where the homeless subjects stated "Cash" is known to reside, including a parking garage near 75th Street and Frontage Road. OPPD officers were unable to locate "Cash" or anyone matching the suspect description.

9. On or about September 22, 2020, OPPD officer submitted the hammer recovered from the Penguin Pawn & Gun FFL to the Johnson County Crime Laboratory for analysis.

10. On or about September 24, 2020, OPPD detective and an ATF agent made contact with TAYLOR, who was identified verbally and by an identification card.

11. On or about September 24, 2020, OPPD officer discovered a black jacket laying adjacent to a bridge near 75th Street and Wedd Street.

12. On or about September 23, 2020, the Johnson County Crime Lab notified OPPD detective that the hammer recovered from the scene of the Penguin Pawn & Gun burglary had a preliminary CODIS hit for Darrin D. TAYLOR. OPPD detective then reviewed photographs of Darrin TAYLOR, and compared them to photographs of the subject captured on surveillance cameras during the Penguin Pawn & Gun burglary, and determined that TAYLOR appeared to match the photographs of the burglary suspect. OPPD detective then reviewed past police reports involving TAYLOR, and located a police report involving TAYLOR that referred to him by the name of "Cash."

13. On or about September 24, 2020, OPPD arrested TAYLOR at 9206 W. 75th Terrace. OPPD detective and ATF agent subsequently interviewed TAYLOR. OPPD detective and ATF agent observed TAYLOR bearing a tattoo that said "Cash." During the interview, after having been advised of and waiving his Miranda rights, OPPD detective and ATF agent showed TAYLOR a still photographic taken from surveillance video from the Penguin Pawn & Gun burglary, which TAYLOR identified as being a photograph depicting him. TAYLOR stated he walked past Penguin Pawn & Gun possibly on Wednesday night, and observed a broken window but did not remember going inside. TAYLOR stated he remembered going behind the building of Penguin Pawn & Gun to urinate. TAYLOR stated he has a storage unit at Cube Smart Self Storage located at 11925 Santa Fe Trail Drive, Lenexa, KS 66215, storage unit # 1311. TAYLOR repeatedly stated he did not remember using a hammer. TAYLOR stated, "If I took some guns, where did I take these guns to?" ATF agent asked TAYLOR where TAYLOR's computer bag was, and TAYLOR stated, "My computer bag should be in storage."

14. Continuing in the same interview, TAYLOR stated, "If I did have them guns, I must have put them somewhere and forgot about it." TAYLOR subsequently stated, "If I took them guns they're down there by that bridge somewhere, on 75th Street. That's probably where I put them at." ATF agent asked TAYLOR if the firearms were still under the bridge, to which TAYLOR responded, "I guess the guns might be underneath that bridge." TAYLOR subsequently stated, "If you said I did the crime, I might have took them and sat them somewhere and don't even remember the crime." TAYLOR described the area underneath the bridge at 75th Street, and stated that's where the guns have to be. TAYLOR stated the last time he was in Cube Smart Self Storage was approximately a couple of days prior. TAYLOR stated his computer bag was there and that everything he has is at Cube Smart Self Storage. TAYLOR again stated that the guns "have to be right there in the area under the bridge… I would have hid them up underneath the road on the steel things, or in the bushes, or down by the creek." TAYLOR stated, "I know my bag is in the storage unit."

TAYLOR agreed to sign a consent-to-search form for storage unit, and provided ATF agent and OPPD detective with the keys to the storage unit. TAYLOR stated, "I'm thinking I know for a fact they are underneath the bridge," and then speculated he might have put them down by the creek.

14. WHEREFORE, your affiant avers that there is probable cause to believe that Darrin Darnell TAYLOR is in violation of Title 18, United States Code, Section 922(u), and that a warrant for his arrest should be issued.

The above information is true and correct to the best of my knowledge, information, and belief.

*Lennea Gordon*

Lennea Gordon., Special Agent
United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn and attested by affiant via telephone, after being submitted to me by reliable electronic means on this __25th__ day of September, 2020.

*Teresa J. James*

Honorable Teresa J. James
Chief United States Magistrate Judge